| | |
|---|---|
| 1 | MELINDA L. HAAG (CSBN132612) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | JUAN D. WALKER (CSBN 208008) |
|   | Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102-3495 |
| 5 | Telephone: (415) 436-6915 |
|   | Facsimile:   (415) 436-6748 |
| 6 | Email: juan.walker@usdoj.gov |
| 7 | Attorneys for the Federal Defendant |
| 8 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|   | CHRISTOPHER J. NEVIS, SB# 162812 |
| 9 | E-Mail: nevis@lbbslaw.com |
|   | MICHAEL S. ROMEO, SB# 180978 |
| 10 | E-Mail: romeo@lbbslaw.com |
|    | One Sansome Street, Suite 1400 |
| 11 | San Francisco, California 94104 |
|    | Telephone: (415) 362-2580 |
| 12 | Facsimile: (415) 434-0882 |
| 13 | Attorneys for Defendant WEST BAY BUILDERS, INC. |
| 14 | LAW OFFICES OF CLARK W. PATTEN |
|    | Clark W. Patten (SBN 77707) |
| 15 | 21C Orinda Way #362 |
|    | Orinda, CA 94563 |
| 16 | E-mail: cpattenesq@gmail.com |
| 17 | Attorneys for Plaintiff ABF FREIGHT SYSTEMS, INC. |
| 18 | |
|    | Albert G. Stoll, Jr. (SBN 164649) |
| 19 | Christian J. Einfeldt, (SBN 165953) |
|    | Albert G. Stoll, Jr.  A Law Corporation |
| 20 | 55 Francisco Street, Suite 403 |
|    | San Francisco, California 94133 |
| 21 | Phone: (415) 576-1500 |
|    | E-mail: astoll@stoll-law.com |
| 22 | |
|    | Attorneys for Plaintiff Thomas Mills |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER
TO RELATE AND CONSOLIDATE CASES
C 10-5188 SI                                             1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ABF FREIGHT SYSTEMS, INC., | ) | No. C-10-5188 SI |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO RELATE AND CONSOLIDATE CASES** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, WEST BAY BUILDERS, | ) ) ) | |
| Defendants. | ) | |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff ABF Freight Systems, Inc. filed the above-captioned Federal Tort Claims Act ("FTCA") action on November 16, 2010, against Defendants United States of America and West Bay Builders, Inc. Plaintiff claims it paid workers' compensation benefits to and on behalf of its employee, Thomas Mills, for injuries allegedly arising from a slip and fall accident that occurred on or about December 12, 2008. At the request of the parties to this action, the Court stayed this matter until October 28, 2011 to determine whether Thomas Mills would file suit in this district.

2. On September 20, 2011, Plaintiff Thomas Mills, filed an FTCA complaint in this district captioned, *Thomas Mills v. United States of America*, Case No. CV-11-4663 (JCS). The complaint seeks damages from Defendant United States of America for injuries allegedly arising from the same slip and fall accident alleged in the instant action which occurred on or about December 12, 2008.

3. The parties believe that the two actions involve substantially the same parties, property and events, so the actions should be "related cases" within the meaning of Local Rule 3-12.

4. The parties believe that relating and consolidating the two actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

5. For the above stated reasons, the parties request that the Court relate and consolidate the two actions.

**SO STIPULATED.**

| | |
|---|---|
| DATED: December 5, 2011 | MELINDA L. HAAG<br>United States Attorney |
| | /s/<br>JUAN D. WALKER<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |
| DATED: December 9, 2011 | LEWIS BRISBOIS BISGAARD & Mills LLP |
| | /s/<br>MICHAEL S. ROMEO<br>Attorneys for Defendant WEST BAY |
| DATED: December 5, 2011 | LAW OFFICE OF CLARK W. PATTEN |
| | /s/<br>CLARK W. PATTEN<br>Attorneys for Plaintiff ABF |
| DATED: December 8, 2011 | ALBERT G. STOLL JR. | A Law Corporation |
| | /s/<br>CHRISTIAN J. EINFELDT<br>Attorneys for Plaintiff Thomas Mills |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/12/2011

SUSAN ILLSTON
United States District Judge

*(Signature: Susan Illston, Judge Susan Illston — United States District Court, Northern District of California seal)*

STIPULATION AND [PROPOSED] ORDER
TO RELATE AND CONSOLIDATE CASES
C 10-5188 SI                                   3